26 December 2014

Fourth Court of Appeals
    Staff Attorney Wendy Martinez
Cadena-Reeves Justice Center
300 Dolorosa St. Rm 3200
San Anto, Tx 78205-3037

RE: Follow-up letter I mailed you on 11 Oct 2014
RE: Assistance in locating papers I mailed
    to this Hon. 4th Court of Appeals for
    filing

Bexar County Court At Law No 5
Trial Court Case No. 307125
Appeal No.   04-14-00555-CR

Robert Martinez, Pro Se
BCADC SID No 327074
TDCJ ID No 1931397
200 N. Comal
San Anto., Tx 78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN -5 PM 2:51
KEITH E. HOTTLE, CLERK

VIA U.S first class
    MAIL

Greeting:
    Ms Martinez, esq, on Oct 11, 2014, I placed a
letter to you at the above captioned address on serious
handling of legal papers for filing
    At this writing I have not received a
response. I have now sent a copy of my letter
dated Oct 11, 2014 to family so that I can

Page 1 of 2

SCANNED
Date: 1-8-15
Initials: _____

provide copies when deemed necessary.

Furthermore As the Fourth Court of Appeals, Staff Attorney I believe you were indeed the proper authority to notify of the serious missing and unfiled paper. I requested within my letter to you if indeed you were not the proper authority to please forward and make me aware. I requested a copy back of my letter and importantly a enclosure dated July 3, 2014 letter.

At this writing I have not received ANY response Not even a acknowledgment of my letter to you. or a U.S Postal mail system return to sender Notice. Therefore I can only assume you received my correspondence. And just real busy.

I will continue by ever know mean to me to seek proper resolution to include these letters. Please advise

Thank you

In Hoc

cc: file

FIRST-CLASS MAIL

neopost℠
12/30/2014
US POSTAGE $000.48⁰

ZIP 78205
041M12250025

Fourth Court of Appeals
Staff Attorney Wendy Martinez
Cadena-Reeves Justice Center
300 Dolorosa St. Rm 3200
San Anto, Tx 78205-3037

78205●3037

Keith E. Hottle, Clerk

2015 JAN -5 PM 2:51

FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS

Legal Mail